UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Veronica Ortega-Maldonado, as
assignee of the claims of Maria
Guitterrez and Genoveva
Manzanarez,

                Plaintiff,

vs.                              ORDER ADOPTING
                               REPORT AND RECOMMENDATION

Allstate Insurance Company,

                Defendant.        Civ. No. 06-461 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

      1.     That the Defendant Allstate Insurance Company's Motion for Summary Judgment [Docket No. 42] is granted.

      2.     That the Plaintiff Veronica Ortega-Maldonado's Motion for Summary Judgment [Docket No. 52] is denied.

      LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: September 12, 2007                          s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    United States District Judge